IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES T. ROBINSON,

    Petitioner,

v.                              CASE NO. 4:05cv82-RH/WCS

JAMES MOORE,

    Respondent.

_____/

**ORDER OF DISMISSAL**

This matter is before the court on the Magistrate Judge's Report and Recommendation (document 4), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

    The Report and Recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "This action is DISMISSED without prejudice." The clerk shall close the file.

    SO ORDERED this 7th day of June, 2005.

                                             s/Robert L. Hinkle
                                           Chief United States District Judge